UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 17-cr-00325 |
|---|---|---|
| VS. | : | JUDGE WALTER |
| EVER SALAZAR-ESPINAL | : | MAGISTRATE JUDGE KAY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #20], and in the transcript previously filed herein, [Doc. #22] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #16], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **EVER SALAZAR-ESPINAL** on February 1, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this 6 day of Feb, 2018.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**